# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**KRISTOFER STANSEL,**

    *Plaintiff,*

v.                                    **CASE NO. 5:16-cv-00048-MP-CJK**

**BENNETT, BROWN, MYRICK, PERISH, SINGER,**

    *Defendants.*

_____/

## **O R D E R**

The plaintiff has filed a stipulation for dismissal without prejudice prior to the filing of any answer or motion for summary judgment. ECF No. 12. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly,

    IT IS ORDERED:

    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. The Clerk must close the file.

    **SO ORDERED on August 25, 2016.**

                                       <u>s/Mark E. Walker          </u>
                                       **United States District Judge**